UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YOUNG OK KIM,

                                                                   JUDGMENT
                                                                   20-CV-906 (ENV)(RLM)

                    Plaintiff,

     v.

FAMILY BOB INC., FAMILY BOB CORP.,
and JIHAN RYU,

                    Defendants.
----------------------------------------------------------------X

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 17, 2021, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated January 26, 2021, granting the motion for default judgment; directing the Clerk of Court to enter judgment accordingly: default judgment shall be entered against all defendants, jointly and severally, in the amount of $69,722.32 (plus interest), consisting of $24,359.66 in unpaid overtime wages, $24,359.66 in liquidated damages, $2,834 for tools of the trade, $10,000 in statutory damages, $7,270 in attorney's fees, and $899 in costs; awarding prejudgment interest on $7,466.88, under the NYLL, in an amount to be calculated by the Clerk of the Court by multiplying $1.84 by the number of days from September 25, 2018 until the day the final judgment is entered and post-judgment interest at the rate set forth in 28 U.S.C. § 1961; and the Clerk of Court having calculated the prejudgment interest at the rate set forth above, and the prejudgment interest being $1,665.20; it is

       ORDERED and ADJUDGED that default judgment is hereby entered in favor of plaintiff and against all defendants, jointly and severally, in the amount of $71,387.52 plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961.

Dated: Brooklyn, New York  
       March 18, 2021

Douglas C. Palmer  
Clerk of Court

By:   <u>/s/ Jalitza Poveda</u>  
       Deputy Clerk